UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00158-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID HUMBERTO IBARRA-AGUILAR,

    Defendant.
_____

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce DAVID HUMBERTO IBARRA-AGUILAR before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

    Dated: December 8, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief U. S. District Judge